**Rhonda M. HOELSCHER, Respondent,**

v.

**Roy R. HOELSCHER, Petitioner.**

**ED 102875**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: December 27, 2016

Application for Transfer to Supreme Court Denied January 30, 2017

Application for Transfer Denied April 4, 2017

Michael Gross, St. Louis, MO, for appellant.

Craig E. Hellman, Washington, MO, for respondent.

---

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

**ORDER**

PER CURIAM.

Roy R. Hoelscher appeals from the trial court's judgment dissolving his marriage to Rhonda M. Hoelscher. We have reviewed the briefs of the parties and the record on appeal, and we conclude the trial court committed no reversible error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2016).